THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v ANNER RIVERA, Respondent.

Submitted July 29, 2013; decided August 22, 2013

1028

Motion for assignment of counsel granted and Lynn W.L. Fahey, Esq., Appellate Advocates, 2 Rector Street, 10th Floor, New York, NY 10006 assigned as counsel to the respondent on the appeal herein.